**Harold R. STANLEY, Appellant,**

v.

**Honorable Jack GRATE; Lester Wight; Marcia E. Stanley, Appellees.**

**No. 09–2198.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2010.

Filed: March 24, 2010.

Harold R. Stanley, Peculiar, MO, pro se.

Emily A. Dodge, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellee Honorable Jack Grate.

Daniel E. Hamann, Deacy & Deacy, LLC, Kansas City, MO, for appellee Lester Wight.

Michael S. Dodig, The Dodig Law Firm, LLC, Lee's Summit, MO, for appellee Marcia E. Stanley.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Harold R. Stanley appeals the district court's [1] separate orders dismissing his civil complaint. After careful review of the record and the parties' briefs, we conclude that dismissal was proper for the reasons stated in the district court's orders. We affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.